UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                            Case No.: 22-12025-LMI

Ramona Esther Castro                              Chapter 13

   Debtors.
_____/

## APPLICATION FOR COMPENSATION FOR PROFESSIONAL SERVICES OR REIMBURSEMENT OF EXPENSES BY ATTORNEY FOR CHAPTER 13 DEBTOR

Applicant, <u>Laila S. Gonzalez, Esq</u>., was retained by the debtor to serve in this bankruptcy case as attorney for debtors. A copy of the retainer agreement is attached hereto as Exhibit # "A". Pursuant to Local Rule 2016-1(B)(2) and the "Chapter 13 Fee Guidelines", applicant hereby requests the court to approve compensation and reimbursement of expenses as follows:

| | |
|---|---|
| Total Fees Requested: | $    10,602.50 |
| Total Expenses to be Reimbursed: | $    192.53 |
| Amount Received To-Date: | $    1,500.00 |
| **(exclusive of filing fees)** | |
| Amount to be Paid through Plan: | $    4,202.32 |

1. The amount paid through the plan, if requested, if allowed, will be paid in full after <u>5</u> monthly payments under the plan. If the plan is amended or modified in the future Counsel is requesting permission to add the additional $ <u>795.03</u> in fees in the future plan.

2. A detailed itemization of the services rendered to date and corresponding time entries is attached as Exhibit "B."

LF-69 (rev. 12/01/09)

3. Applicant estimates that an additional .5 hours will be required to be expended in providing legal services on behalf of the debtor(s) described below: Additional communication with Debtor regarding additional confirmation hearings, plan payments and any documentation received during the pendency of the bankruptcy.

4. The following is a short statement of any unusual, troublesome or unique aspects of this case which resulted in or will result in more than the usual amount of time being expended and more than the usual amount of costs being incurred: The Debtor is paying off a mortgage through the plan for which the interest rate is being reduced, the Debtor had issues with the IRS, several objections to claims had to be filed in order to prevent the Debtor from paying time barred claims and a higher interest rate.

5. The source of compensation previously paid to applicant was earnings.

6. Applicant has not shared or agreed to share any compensation received in connection with the bankruptcy case with any person or entity other than a member or regular associate of applicant's firm. (If such a sharing arrangement exists, it should be disclosed in this paragraph.)

**DATED: June 3, 2022**

_____
FREIRE & GONZALEZ, P.A.
Attorneys for Debtor(s)
Laila S. Gonzalez, Esq. FBN: 0975291
10691 North Kendall Drive, Ste. 207
Miami, FL 33176
Tel: (305) 826-1774
Fax: (305) 826-1794
courtdoc@fgbkc.com

CC: Debtor and Chapter 13 Trustee

LF-69 (rev. 12/01/09)

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISCTRICT OF FLORIDA
MIAMI DIVISION

In re:     **Ramona Esther Castro**          PROCEEDINGS UNDER CHAPTER 13
                                             Case No.:  2022-12025-LMI

          Debtor(s)      /

## MOTION TO APPROVE APPLICATION FOR COMPENSATION

COMES NOW, the attorney for the Debtor(s), and moves this Honorable Court for an Order Approving Compensation and as grounds therefore would show:

1. Undersigned charged the Debtor(s)s $4,650.00 to file the instant bankruptcy. The retainer agreement provides for attorney's fees to be paid at the rate of $550.00 per hour. This case was more complicated than the average case is because the Debtor is paying off a mortgage which is due & owing allowing the debtor by way of objection to reduce the interest rate. The debtor also had issues with the IRS and proposed a plan providing for a 100% distribution to unsecured creditors. Additionally, the unsecured creditors who filed proofs of claim had time barred debts necessitating multiple objections to be filed.

2. The following time was expended in the course of representing the Debtors in the instant case:

| Date | Description | Atty | Hours |
|---|---|---|---|
| 02/22/22 | Conference with client | EF | 0.5 |
| 02/25/22 | Conference with client re: documents | EF | 2.0 |
| 03/02/22 | Email from client re: documents | db | 0.1 |
| 03/03/22 | Email from client re: documents | db | 0.1 |
| 03/08/22 | Review of file & email sent re: documents | db | 0.4 |
| 03/08/22 | Call to client FU questions | db | 0.1 |
| 03/09/22 | Conference with client | db | 0.5 |
| 03/09/22 | Email from client re: bank statements | db | 0.1 |
| 03/09/22 | Email from client re: IRS debt | db | 0.1 |
| 03/10/22 | Review of Petition & Schedules | LG | 0.4 |
| 03/10/22 | Call to client re: Aff of Support & Plan pymt | EF | 0.2 |
| 03/10/22 | Email from client re: HOI | db | 0.1 |
| 03/15/22 | Final Review of Petition & Schedules | EF | 0.2 |
| 03/15/22 | Draft of Plan | EF | 0.3 |
| 03/15/22 | Conf w/client re: petition & schedules | EF | 0.5 |
| 04/04/22 | R&R Obj to Creditor | LG | 0.1 |
| 04/05/22 | Letter to Client re: Plan | fr | 0.2 |
| 04/05/22 | 341 Letter to client | fr | 0.1 |

| Date | Description | Initials | Hours |
|---|---|---|---|
| 04/06/22 | Review of file | LG | 0.7 |
| 04/06/22 | Call to client re: 3 941's | EF | 0.2 |
| 04/06/22 | R&R Letter from IRS | LG | 0.2 |
| 04/06/22 | Call to client re: IRS Letter | EF | 0.1 |
| 04/19/22 | SOB | LG | 0.2 |
| 04/22/22 | R&R Letter from IRS re: Plan | LG | 0.1 |
| 04/27/22 | Review of St.Ct. docket for Judgments | fr | 0.2 |
| 04/29/22 | Review & Amend POC IRS | LG | 0.2 |
| 05/03/22 | R&R ECF #18, Letter to NN | LG | 3.4 |
| 05/03/22 | Call from Susan @IRS re: Taxes | LG | 0.1 |
| 05/03/22 | Conference with client re: Review for court | EF | 0.8 |
| 05/04/22 | R&R Claim #1 | LG | 0.2 |
| 05/05/22 | Amended CMI | LG | 0.2 |
| 05/05/22 | Tolling Waiver | LG | 0.2 |
| 05/05/22 | Attend @ 341 | LG | 0.7 |
| 05/05/22 | R&R Claim #2 | LG | 0.2 |
| 05/09/22 | R&R ECF #21 | LG | 0.8 |
| 05/11/22 | Obj to IRS | LG | 0.3 |
| 05/26/22 | Amended A/B | LG | 0.2 |
| 05/26/22 | Amended J | LG | 0.2 |
| 05/26/22 | 1AP | LG | 0.2 |
| 06/01/22 | Review of Calendar notes for Obj to IRS | LG | 0.1 |
| 06/02/22 | R&R Claim #6 | LG | 0.2 |
| 06/02/22 | R&R email f/M.Pacheco from IRS & R.Tasher | LG | 0.1 |
| 06/02/22 | Call to R.Tasher re: IRS POC | LG | 0.1 |
| 06/02/22 | Review of Claims register | LG | 0.2 |
| 06/02/22 | Draft of Application for Compensation | LG | 0.6 |
| 06/02/22 | Review of Calendar notes for confirmation | LG | 0.1 |
| 06/02/22 | Amend Plan re: NN notes | LG | 0.2 |
| 06/02/22 | Calculate Interest re: Franklin | LG | 0.2 |
| 06/02/22 | R&R ECF #29 | LG | 0.1 |
| 06/02/22 | Obj to Claim #6 | LG | 0.3 |
| 06/02/22 | Obj to Claim #3,4 & 5 | LG | 0.5 |
| 06/03/22 | Review of Fee App | LG | 0.2 |
| 06/03/22 | LF69 | LG | 0.2 |
| 06/07/22 | Est. Attend @ Obj to IRS | LG | 0.2 |
| 06/07/22 | Est. Attend @ Confirmation | LG | 0.2 |
| 07/18/22 | Est. Review of Calendar notes | LG | 0.1 |
| 07/19/22 | Est. Attend @ Confirmation | LG | 0.2 |
| 07/19/22 | Est. Attend @ App for Compensation | LG | 0.3 |
| 07/19/22 | Est. Attend @ Obj to Claim #6 | LG | 0.2 |
| 07/19/22 | Est. Attend @ Obj to Claim #3,4 & 5 | LG | 0.4 |
| 07/19/22 | Est. Prep of Order Sustaining | LG | 0.3 |
| 07/19/22 | Est. Draft of Order Granting fees | LG | 0.2 |

| | | | | | |
|---|---|---|---|---|---|
| 04/01/27 | Est. R&R NOC & call from client | | | fr 0.1 | |
| 04/01/27 | Est. LF97 | | LG 0.2 | | |

| | | | | |
|---|---|---|---|---|
| Total Attorney Hours: | 18.8 | at | $550.00 an hour for a total of | $10,340.00 |
| Total Attorney Hours: | 0.0 | at | $325.00 an hour for a total of | $0.00 |
| Total Paralegal Hours: | 2.1 | at | $125.00 an hour for a total of | $262.50 |

## COSTS

| Date | Item | Qty | Rate | Extra | Amount |
|---|---|---|---|---|---|
| 02/25/22 | Copies | 8 @ | 0.15 | | $1.20 |
| 03/02/22 | Copies | 12 @ | 0.15 | | $1.80 |
| 03/03/22 | Copies | 15 @ | 0.15 | | $2.25 |
| 03/07/22 | Copies | 46 @ | 0.15 | | $6.90 |
| 03/07/22 | Accurint | 1 @ | 15.20 | | $15.20 |
| 03/09/22 | Copies | 8 @ | 0.15 | | $1.20 |
| 03/10/22 | Copies | 15 @ | 0.15 | | $2.25 |
| 03/14/22 | Copies | 2 @ | 0.15 | | $0.30 |
| 03/15/22 | Copies | 104 @ | 0.15 | | $15.60 |
| 03/15/22 | Copies | 8 @ | 0.15 | | $1.20 |
| 03/15/22 | Copies | 58 @ | 0.15 | | $8.70 |
| 04/01/22 | Copies | 123 @ | 0.15 | Postage 0.51 @ 41 | $39.36 |
| 04/04/22 | Copies | 4 @ | 0.15 | | $0.60 |
| 04/05/22 | Copies | 7 @ | 0.15 | | $1.05 |
| 04/06/22 | Copies | 2 @ | 0.15 | | $0.30 |
| 04/06/22 | Copies | 6 @ | 0.15 | | $0.90 |
| 04/19/22 | Copies | 72 @ | 0.15 | | $10.80 |
| 04/19/22 | Copies | 4 @ | 0.15 | | $0.60 |
| 04/22/22 | Copies | 1 @ | 0.15 | | $0.15 |
| 04/24/22 | Copies | 3 @ | 0.15 | | $0.45 |
| 04/29/22 | Copies | 1 @ | 0.15 | | $0.15 |
| 04/29/22 | Copies | 4 @ | 0.15 | | $0.60 |
| 05/02/22 | Copies | 7 @ | 0.15 | | $1.05 |
| 05/03/22 | Copies | 22 @ | 0.15 | | $3.30 |
| 05/03/22 | Copies | 55 @ | 0.15 | | $8.25 |
| 05/03/22 | Copies | 17 @ | 0.15 | | $2.55 |
| 05/03/22 | Copies | 2 @ | 0.15 | | $0.30 |
| 05/03/22 | Copies | 6 @ | 0.15 | | $0.90 |
| 05/04/22 | Copies | 4 @ | 0.15 | | $0.60 |
| 05/05/22 | Copies | 6 @ | 0.15 | | $0.90 |
| 05/05/22 | Copies | 2 @ | 0.15 | | $0.30 |
| 05/05/22 | Copies | 1 @ | 0.15 | | $0.15 |
| 05/06/22 | Copies | 2 @ | 0.15 | | $0.30 |
| 05/11/22 | Copies | 34 @ | 0.15 | Postage 0.51 @ 6 | $8.16 |
| 05/11/22 | Copies | 19 @ | 0.15 | | $2.85 |
| 05/11/22 | Copies | 1 @ | 0.15 | | $0.15 |

| Date | Description | Quantity | Rate | | | Amount |
|---|---|---|---|---|---|---|
| 05/23/22 | Copies | 28 @ | 0.15 | | | $4.20 |
| 05/26/22 | Copies | 2 @ | 0.15 | | | $0.30 |
| 05/26/22 | Copies | 14 @ | 0.15 | | | $2.10 |
| 05/26/22 | Copies | 10 @ | 0.15 | | | $1.50 |
| 05/26/22 | Copies | 12 @ | 0.15 | | | $1.80 |
| 05/26/22 | Copies | 123 @ | 0.15 | Postage | 0.51 @ 41 | $39.36 |
| 05/31/22 | Copies | 8 @ | 0.15 | | | $1.20 |
| 06/01/22 | Copies | 2 @ | 0.15 | | | $0.30 |
| 06/02/22 | Copies | 3 @ | 0.15 | | | $0.45 |
| | | | | | | $192.53 |

WHEREFORE for the above reason Debtors pray this Honorable Court award   $10,340.00

$550.00 per hour,   $0.00   in fees at $325.00 per hour, hours are for paralegal fees denoted as (fr,db)

on the instant motion for fees of $125.00 per hour in the amount of   $262.50   and costs in the amount of

$192.53   for a total amount of   $10,795.03

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 16th day

of June 2022 a copy and the accompanying Notice of Hearing is simultaneously being

mailed to **Nancy K. Neidich, Trustee,** (Via NEF) and **Debtor** in the instant case via first class mail.

I HEREBY CERTIFY that I am admitted to the Bar of the United States Bankruptcy Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1-A.

FREIRE & GONZALEZ, P.A.,
Attorneys for Debtor(s)
Laila S. Gonzalez, Esq. FBN: 0975291
10691 N. Kendall Drive, Suite 207
Miami, FL 33176
Phone (305) 826-1774
Fax (305) 826-1794

# FREIRE & GONZALEZ, P.A.
## ATTORNEY-CLIENT/DEBTOR(S) CHAPTER-13 RETAINER AGREEMENT

Debtor(s) hereby retain Freire & Gonzalez, P.A., Attorney's at Law, to represent him/her/them in a Chapter-13 Bankruptcy.

<u>Compensation</u>

The compensation paid or promised by the Debtor(s), to Freire & Gonzalez, P.A., is as follows:

1) Prior to the filing of the Bankruptcy, Debtor(s) will pay for legal services rendered, or to be rendered, in contemplation of and in connection with his/her/their case and must obtain Credit Counseling        $ 1,500.00

2) After the filing of the Bankruptcy, Debtor(s) will pay, as part of his/her/their Chapter-13 plan, for legal services rendered, or to be rendered in connection with his/her/their case for up to 6.9 hours of legal work        $ 3,150.00

3) Prior to the filing of the Bankruptcy, Debtor(s) will pay the Court's Filing Fee Via a Money Order or Cashier's Check ONLY made payable to "American Express."        $ 353.00

5) Other Costs: $30 Court Filing Amendment Fee & $40 Creditor Report        $ _____

TOTAL FEE & COSTS        $ _____

Note: Credit Counseling and Debtor Education is to be paid directly by the Debtor(s) to the Credit Counseling Service Agency. The Intrerpreter, if needed, is to be paid directly by the Debtor(s) at Court. Court Costs, Filing Fees and Interpreter fees are subject to change without notice and are beyond our control. All other fees are subject to change after a year.

I hereby authorize Freire & Gonzalez, P.A. to use Accurint in order to obtain my Comprehensive Report.

X _RG_
Initials                                                                         Initials

<u>Services</u>

The Services rendered or to be rendered include the following (up to 6.9 hrs. of legal work):

1) Verification of Debtor(s) identity, social security number and eligibility for Chapter 13;
2) Timely preparation and filing of petition, schedules, statement of financial affairs, Chapter 13 plan, all amendments and all required documents pursuant to the Bankruptcy Code, and Bankruptcy and Local Rules;
3) Service of Copies of all filed plans to all creditors and interested parties;
4) Explanation to debtor(s) regarding all debtor(s) responsibilities, including, but not limited to payments and attendance at the §341 Meeting of Creditors;
5) Preparation for and attendance at the initially scheduled §341 Meeting of Creditors;
6) Preparation of and attendance at all necessary pre-confirmation motions brought on behalf of Debtor(s);
7) Timely review of all proofs of claim in accordance with Local Rule 2083-1(B);

8) Timely objection to all improper or invalid proofs of claim in accordance with Local Rule 2083-1(B);
9) Preparation for and attendance at all confirmation hearings;
10) Attendance at and defense of all motions against debtors until discharge, conversion, or dismissal of the case;
11) Preparation, filing, and service of notices of conversions or voluntary dismissals;

This retainer DOES NOT cover the services of Freire & Gonzalez, P.A., in handling:

1) Litigation respecting exemptions, discharge, or dischargeability of particular debts;
2) Attendance at 2004 Examination (Depositions);
3) 522(f) Motions (Removal of Judgement Liens);
4) Reaffirmation Agreements
5) Audits or any other non-routine matter.
6) Attendance at or request for continuations of the initial 341 Meeting of Creditors

If additional hearings or additional legal work is necessary, I/We agree, subject to Court approval, to pay an additional fee of five hundred and fifty ($550.00) dollars per hour and three hundred and fifty ($350.00) dollars per hour, if the associate performs the additional services. I/We understand that my/our attorney's will utilize secretaries/paralegals to assist in the work required for my case and that Freire & Gonzalez, P.A. will charge a reduced hourly rate of one hundred twenty fiive ($125.00) for said services.

Additional Court Costs and Compensation

Additional Court Costs will be charged under the following circumstances (via money order made payable to "American Express"):

1) Amendments adding creditors;
2) Any other Court required fee;

Additional Compensation (Attorney's Fees) will be charged for any additional service not outlined above, including but not limited to:

1) Modification of Chapter-13 Payment Plan;
2) Motions to Vacate Dismissal, (If case is Dismissed due to Debtor(s) failure to timely comply with document request, request for signature on Amendments, or timely make payments in accordance with the current Chapter-13 plan);
3) Motions to Sell, Motions to Refinance, or Motions to Purchase Real or Personal Property;
4) Any legal work exceeding 6.9 hours; and/or
5) Conversion of Case to a Chapter 7.
6) Requests for Continuations or Rescheduling of the 341 Meeting of Creditors

In the event the case is Dismissed prior to Confirmation, Debtor(s) agree that the funds being held by the Trustee can and will be used to pay any outstanding attorney fees pursuant to this Retainer Agreement, without the necessity of court approval or hearing.

By signing this retainer agreement Debtor(s) authorize, Freire & Gonzalez, P.A., to sign any Payment Plans, Amended or Modified Payment Plans. Payment Plans may need to be amended or modified for reasons including but not limited to Proof of Claims, Amendments to Proof of Claims or the client falling behind in the Payment Plan.

Miscellaneous Fees

1) Debtor(s) will be charged $50.00 for any check returned for insufficient funds, closed accounts or uncollected funds, along with any incurred bank charges
2) Any facsimile received when has more than ten (10) pages will be charged an additional $1.00 per page.
3) Debtor(s) will be charged $0.15 per page for any copies or pages that need to be printed by our office.
4) Debtor(s) will be charged an additional $1,000.000 in attorney's fees for cases that require quick to immediate filing and cannot be filed in the normal course.

Sale Date

If filing to stop the sale of real estate, I/We agree and understand that all necessary documents and papers must be provided to Freire & Gonzalez, P.A., two (2) weeks prior to the scheduled sale of the real estate in order to ensure that the sale is cancelled. I/We agree and understand that filing a case three (3) days or less prior to the sale of the real estate does not guarantee that the sale will be cancelled.

In the event that the case is not filed with the bankruptcy court within 30 days after the case was opened with our office, the attorneys fees are subject to change.

Although, Freire & Gonzalez, P.A. does not anticipate having other attorneys cover hearings I authorize an appearance attorney to represent me in the instant bankruptcy.

<u>YOUR FILE WILL BE DISCARDED 6 MONTHS AFTER THE CASE IS DISMISSED OR DISCHARGED.</u>

CLIENT(S) AFFIRM THAT ATTORNEY HAS INFORMED HIM/HER/THEM THAT ANY MONEY PAID TO FREIRE & GONZALEZ, P.A., AS PART OF THIS RETAINER AGREEMENT <u>IS NOT</u> REFUNDABLE.

1) Your signature on this contract shall be authorization for attorneys to file a bankruptcy petition for Client via the Bankruptcy Court's Electronic Case Filing System and all other subsequent court filings through the Bankruptcy Court's Electronic Case Filing System. Client agrees that attorneys can provide copies of documents regarding Your bankruptcy case to You by either the United States mail or electronic mail as You request below. You agree and understand that the request to change the designation for preferred method of sending you documents must be submitted in writing.

2) In the event that your Chapter 13 case is dismissed or converted to another chapter, you grant us a limited power of attorney to apply funds on hand with the Chapter 13 Trustee that would otherwise be forwarded to you or others towards the balance on the Chapter 13 fee, if any, and/or the Chapter 7 fee, if applicable, by granting us the right to endorse your name(s) upon checks from the trustee. We shall give you an accounting of all funds so applied.

3) I agree and understand that it is my responsibility to provide attorneys with a correct and current United States mailing address as well as current email addresses and phone numbers for us at all times during the bankruptcy case.

X  2/25/2022                             X _____
Date                                        Client/Debtor's Signature


_____                  _____
Date                                        Client/Co-Debtor's Signature